UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA, MISSOULA DIVISION

CHANTEL COOPER, Miranda Sherdain, Sunny Ellenwood
PLAINTIFF,

V.

MAYOR PAUL BRINEY
COMMISSIONER WILLIAM BARRON
COMMISSIONER GALE DECKER
COMMISSIONER STEVE STANLEY
SHERIFF DON BELL
UNDERSHERIFF BEN WOODS
JUDGE DEBORAH KIM CHRISTOPHER
JUDGE JAMES MANLEY
BENJAMIN R. ANCIAUX
JAMES LAPOTKA
STEVEN ESCHENBACHER
MOLLY OWEN
ROBERT J. LONG
JAIL STAFF
CITY OF POLSON
DEFENDANTS,

CIVIL ACTION NO.

JURY TRIAL DEMANDED,

COMPLAINT,

JAN 18 2021
Clerk, U.S. Courts
District of Montana
Missoula Division

---

CHANTEL COOPER, WAS AND IS CONFINED AT THE LAKE COUNTY JAIL FACILITY LOCATED AT 106 4TH AVE. EAST, IN THE CITY OF POLSON, STATE OF MONTANA, FROM OCTOBER 26, 2021 TO PRESENT. Miranda Sheridan, 4-30-21 Sunny Ellenwood 1-9-22

DEFENDANT MAYOR PAUL BRINEY, WAS AT ALL RELEVANT TIMES HEREIN THE MAYOR OF THE CITY OF POLSON.

DEFENDANT COMMISSIONER WILLIAM BARRON WAS AT ALL RELEVANT TIMES HEREIN THE COMMISSIONER, AND AS A INDIVIDUAL, AS COMMISSIONER OF ADULT SERVICES FOR THE CITY OF POLSON. HIS RESPONSIBILITY IS OPERATING AND MAINTAINING DETENTION, PENAL, AND CORRECTIVE INSTITUTIONS WITHIN THE CITY OF POLSON, INCLUDING THE COUNTY JAIL.

DEFENDANT COMMISSIONER GALE DECKER, WAS AT ALL RELEVANT TIMES HEREIN THE COMMISSIONER, AND AS A INDIVIDUAL, AS COMMISSIONER OF ADULT SERVICES FOR THE CITY OF POLSON HIS RESPONSIBILITY IS OPERATING AND MAINTAINING DETENTION, PENAL, AND CORRECTIVE

INSTITUTIONS WITHIN THE CITY OF POLSON, INCLUDING COUNTY JAIL.

DEFENDANT COMMISIONER STEVE STANLEY WAS AT ALL RELEVANT TIMES HEREIN THE COMMISIONER, AND AS A INDIVIDUAL, AS COMMISIONER OF ADULT SERVICES FOR THE CITY OF POLSON HIS RESPONSIBILITY IS OPERATING AND MAINTAINING DETENTION, PENAL, AND CORRECTIVE INSTITUTIONS WITHIN THE CITY OF POLSON INCLUDING COUNTY JAIL.

DEFENDANT SHERIFF DON BELL IS AND WAS AT ALL RELEVANT TIMES HEREIN THE SHERIFF, SUPERINTENDENT (AND AS A INDIVIDUAL) OF THE COUNTY JAIL, AS SUPERINTENDENT DEFENDANT DON BELL MANAGES IT'S DAY TO DAY OPERATIONS AND EXECUTES IT'S POLICIES.

DEFENDANT UNDERSHERIFF BEN WOODS IS AND WAS AT ALL RELEVANT TIMES HEREIN THE UNDERSHERIFF, SUPERINTENDENT (AND AS A INDIVIDUAL) OF THE COUNTY JAIL, AS SUPERINTENDENT, DEFENDANT BEN WOODS MANAGES IT'S DAY TO DAY OPERATIONS AND EXECUTES IT'S POLICIES.

DEFENDANT DEBORAH KIM CHRISTOPHER, DISTRICT COURT JUDGE AND AS A INDIVIDUAL, IS AND WAS AT ALL RELEVANT TIMES HEREIN AN EMPLOYEE OF THE COUNTY.

DEFENDANT JAMES MANLEY, DISTRICT COURT JUDGE, AND AS A INDIVIDUAL, IS AND WAS AT ALL RELEVANT TIMES HEREIN AN EMPLOYEE OF THE COUNTY.

DEFENDANT BENJAMIN R. ANCIAUX, DEPUTY COUNTY ATTORNEY AND AS A INDIVIDUAL, IS AND WAS AT ALL RELEVANT TIMES HEREIN AN EMPLOYEE OF THE COUNTY.

DEFENDANT JAMES LAPOTKA, DEPUTY COUNTY ATTORNEY AND AS A INDIVIDUAL, IS AND WAS AT ALL RELEVANT TIMES HEREIN AN EMPLOYEE OF THE COUNTY.

DEFENDANT MOLLY OWEN, DEPUTY COUNTY ATTORNEY AND AS A INDIVIDUAL, IS AND WAS AT ALL RELEVANT TIMES HEREIN

an employee of the County.

Defendant Steven Eschenbacher County Attorney, and as a individual, is and was at all relevant times herein an employee of the County.

Defendant Robert J. Long Office of Public Pretender, and as a individual is and was at all relevant times herein an employee of the County.

Defendant Jail Staff, is and was at all relevant times herein an employee of the County.

Defendant City of Polson, is and was at all relevant times herein a Municipal Corporation of the State of Montana.

This action arises under and is brought pursuant to 42 U.S.C. Section 1983 to remedy the deprivation under color of state law, of rights guaranteed by the Eighth and Fourteenth Amendments to the United States Constitution. This Court has jurisdiction over this action pursuant to 28 U.S.C. Sections 1331 and 1343. Plaintiff's claims for injunctive relief are authorized by Rule 65 of the Federal Rules of Civil Procedure. This cause of action arose in the District of Montana, Missoula Division. Therefore venue is proper under 28 U.S.C. Section 1391(B).

Plaintiff Chantel Cooper has no other lawsuits dealing with the same facts involved in this action or otherwise relating to her emprisonment.
The Plaintiff has exhausted all available administrative remedies within the Lake County Jail. Grievances have been filed, most have not been responded to.

At all relevant times herein, defendants were "persons" for the purpose of 42 U.S.C. Section 1983 and acted under color of law to deprive the plaintiff of her constitutional rights.

The plaintiff recognizes that certain procedures, practices and resources are required by constitutional and statutory law in conjunction with confining inmates in the Lake County Detention Center. These procedures, practices and resources include but are not necessarily limited to those described in the Harry Cozeau consent decree, order and judgment. The fact that certain legal requirements are set forth in this consent decree shall not be claimed to preclude or limit claims for additional forms of relief which may be made in other cases in the future involving issues or matters not resolved by this decree.

This consent decree shall be ongoing in nature, and continue in full force and effect to legally bind the parties from the date it is approved by the court, regardless of whether any of the named plaintiffs in the Harry Cozeau case resides in the detention center at any given time. All current and future inmates of the detention center at any given time are intended beneficiaries of this consent decree, with full rights to petition to enforce its terms.

Dated this 27th day of December, 2021

           x Chantel Cooper
    (Prose)  Chantel Cooper

PLAINTIFF CHANTEL COOPER, HAS RAISED SEVERAL ISSUES ON GRIEVANCE. 1.) INADEQUATE HOUSING, OVER CROWDING, NO PROPER CLASSIFICATION SYSTEM, UNSANITARY CONDITIONS.
2.) INADEQUATE ACCESS TO A UPDATED LEGAL LAW LIBRARY.
3.) INADEQUATE SAFETY RULES FOR FIRE PREVENTION AND ESCAPE ROUTES, NO SAFETY EQUIPMENT, OR FIRE EXTINGUISHERS.
4.) INADEQUATE MEDICATION PASS, JAIL STAFF PASS MEDICATION, THERE ARE NO NURSES ON DUTY TO PASS MEDICATION.
5.) INADEQUATE ACCESS TO RELIGIOUS ACTIVITIES.

— Relief —

THE PLAINTIFF CHANTEL COOPER PRAYS FOR RELIEF IN THE AMOUNT OF $1,500.00 FOR EACH DAY SHE WAS FORCED TO LIVE IN THESE INADEQUATE CONDITIONS OF CONFINEMENT. FOR PUNITIVE DAMAGES, PLAINTIFF ASKS FOR $1,500,000.00 MILLION. THE PLAINTIFF ALSO ASKS FOR A INDIPENDANT BUILDING INSPECTOR TO EXAMINE THE JAIL AND CONDEMN IT. THERE IS NO POSSIBLE WAY THIS BUILDING SHOULD OF PASSED ANY INSPECTION, HAD IT BEEN A HONEST BUILDING INSPECTOR, AND NOT ONE APPOINTED BY THE LAKE COUNTY COMMISIONERS. DATED THIS 27TH DAY OF DECEMBER, 2021.

x Chantel Cooper
(PRO SE) CHANTEL COOPER

(PRO SE) x Miranda Sheridan
Miranda Sheridan

(PRO SE) x Sunny Ellenwood
Sunny Ellenwood

## Certificate of Service

This is to certify that a true and correct copy of plaintiff's civil suit has been all parties of record, original being sent to Clerk of Court, postage pre paid first class by plaintiff.

Dated this 27th day of December 2021

x Chantel Cooper
CHANTEL COOPER

District of Montana
Office of
Clerk U.S. District Court
P.O. Box 8537
Missoula Montana
    59807

Clerk of District Court - Lake County
106 4th Ave E.
Polson MT.
    59860

x Miranda Sherdain
Miranda Sherdain

x Sunny Ellenwood
Sunny Ellenwood