UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA, MISSOULA DIVISION

Chantel Cooper, Miranda Sherdain, Sunny Ellenwood
  PLAINTIFF,

V.

Mayor Paul Briney
Commissioner William Barron
Commissioner Gale Decker
Commissioner Steve Stanley
Sheriff Don Bell
Undersheriff Ben Woods
Judge Deborah Kim Christopher
Judge James Manley
Benjamin Ranciaux
James Lapotka
Steve Eschenbacher
Molly Owen
Robert J. Long
Jail Staff
City of Polson
  DEFENDANTS,

Civil Action No.

AFFIDAVIT IN SUPPORT OF COMPLAINT,

I, Plaintiffs Chantel Cooper, Miranda Sherdain, Sunny Ellenwood, being duly sworn according to the law depose and say that I am the plaintiff in the above entitled proceeding. I submit the following: The Harry Lozeau Consent decree shall be ongoing in nature and continue in full force and effect to legally bind the parties from the date it is approved by the court, regardless of whether any of the named plaintiffs resides in the detention center at any given time. All current and future inmates of the detention center are intended beneficiaries of this consent decree, with full rights to petition to enforce its terms. The following issues that were raised in 1996 that have still not been resolved are as follows.

1.) Inmate housing, overcrowding, no classification.
2.) Inadequate access to updated legal law library,
3.) Inadequate access to religious activities,
4.) Inadequate medical staff to pass medication
5.) Inadequate fire safety equipment and safety routes,

6.) Inadequate Lighting, Heating, Ventilation and Noise
7.) Inspections, And Compliance Verification; Inmate Access to Consent decree. Acknowledgement of Scope of Relief.

All Information I have submitted in support of my case is true and correct, Signed under Penalty of Perjury, Dated this 27th day of December, 2021.

X Chantel Cooper
(Pro Se) Chantel Cooper

(Pro Se)  X Miranda Sheridan
          Miranda Sheridan

(Pro Se)  X Sunny Ellenwood
          Sunny Ellenwood