United States District Court, District of Montana, Missoula Division.

| | |
|---|---|
| Chantel Cooper, Miranda Sherdain, Sunny Elkenwood<br>PLAINTIFF<br>V.<br>Mayor Paul Briney<br>Commisoner William Barron<br>Commisoner Gale Decker<br>Commisoner Steve Stanley<br>Sheriff Don Bell<br>Undersheriff Ben Woods<br>Judge Deborah Kim Christopher<br>Judge James Manley<br>Benjamin R. Anciaux<br>James Lapotka<br>Steven Eschenbacher<br>Molly Owen<br>Robert J. Long<br>Jail Staff<br>City of Polson,<br>DEFENDANTS. | Civil Action No.<br><br>Summons<br>In a Civil Action. |

TO:

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not including the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:
Chantel Cooper (Pro Se) 106 4th Ave. E, Polson MT. 59860
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE:                                                    - Clerk of Court -